MANUFACTURERS AND TRADERS TRUST COMPANY, Appellant, v. ELLIOTT V. BELL, as Superintendent of Banks of the State of New York, Respondent.— Judgment and order reversed on the law, without costs of this appeal to either party, and a declaratory judgment is directed to be entered, without costs, in accordance with the following memorandum: In our opinion the Special Term correctly held that the plaintiff is not authorized under the Banking Law to open an additional branch office in the city of Niagara Falls, New York, and that the defendant, as Superintendent of Banks of the State of New York, is not authorized to approve the application to open such additional branch office. Where, however, it is found that the complaint states a good cause of action for a declaratory judgment and the facts are not in dispute, a declaratory judgment should be pronounced upon the disputed question of law, even though such declaration is not in accord with the declaration asked for by the plaintiff. (*Rockland Light and Power Co.* v. *City of New York,* 289 N. Y. 45, 50–51; *Strobe* v. *Netherland Co., Inc.,* 245 App. Div. 573, 576.) All concur. The judgment dismisses plaintiff's complaint in an action for a declaratory judgment. The order grants defendant's motion for judgment on the pleadings and dismisses plaintiff's amended complaint.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [185 Misc. 622.]

EUGENE W. HARRINGTON, Respondent, v. ERNEST JAGGARD, Appellant, et al., Defendants.—Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment is for plaintiff in an action to foreclose a mortgage.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

In the Matter of LOUIS MAZZOLA, Appellant, against SAMUEL B. DICKER, as Mayor of the City of Rochester, et al., Respondents.— Final order, herein described as a judgment, affirmed, without costs of this appeal to any party. All concur. (The final order, herein described as a judgment, dismisses the petition in a proceeding to compel the reinstatement of petitioner as minor inspector in the Division of Maintenance and Operation of the Department of Public Works of the City of Rochester.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See *post,* p. 977.]

GEORGE L. GUINTHER, Appellant, v. CITY OF BUFFALO et al., Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint in a taxpayer's action to restrain contributions to pension fund.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See *post,* p. 875.]

RAYMOND ERNST, an Infant, by ALBERT ERNST, his Guardian ad Litem, et al., Appellants, v. MOODY'S INVESTORS SERVICE et al., Respondents.— Judgment reversed on the law and a new trial granted, with costs to the appellants to abide the event, on the ground that the record presents questions of fact both as to negligence and contributory negligence. All concur. (The judgment is for defendants for no cause of action in an automobile negligence action.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

In the Matter of HALTON D. BLY et al., Respondents, against G. ROBERT WITMER et al., Comprising the Town Board of the Town of Webster, Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 269 App. Div. 899.]